## (December 5, 1960)

FREDERICK C. BARON et al., Respondents, v. BOBROY, INC., et al., Appellants, et al., Defendants.— Motion by respondents to extend time to serve amended complaint granted, and time extended until 10 days after the entry of the order hereon. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

(A) ELEANOR BREASETTE, Appellant, v. PATRICK BRISCOE et al., Respondents. (B) ABE GERCHICK, Appellant, v. BERNARD MOORE et al., Respondents. (C) PATRICK MOORE, Doing Business as FIFTH AVENUE NURSERY, Respondent, v. KENNETH CARROAD, Appellant. (D) ANGELO J. PALIOTTO, Appellant, v. BRUNSWICK-BALKE-COLLENDER COMPANY, Respondent.— [In each action] Motion by respondent[s] to dismiss appeal granted, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT FISH, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP MARCUS, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VERDIA IRENE SUBER, Appellant.— [In each action] Motion by respondent to dismiss appeal granted, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAZEL GRIFFIN, Appellant. — [Same decision] Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

SAMUEL BRECHNER et al., Appellants, v. INCORPORATED VILLAGE OF LAKE SUCCESS et al., Respondents.— Motions by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before January 6, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

I. BURACK, INC., Respondent, v. METROPOLITAN PLUMBING SUPPLY CORP., Appellant.— Motion by respondent for a stay of the appeal, withdrawn pursuant to letter of respondent's attorney, dated November 18, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

VINCENT CASTALDO et al., Respondents, v. ELIJA OLKON, Appellant.— Motion by appellant for a stay of the trial, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the January Term, beginning January 3, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 19, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.